United States Court of Appeals
 For The District of Columbia Circuit
 
 
 
No. 99-3141 September Term, 1999
 98cr00435-01

 Filed On:
United States of America,
 Appellant

 v.

Dennis Hall,
 Appellee

 BEFORE: Edwards, Chief Judge, Henderson and Rogers, Circuit Judges 

 O R D E R

 Upon consideration of appellant's unopposed motion to amend opinion, filed
June 6, 2000, it is

 ORDERED that the motion is granted and the opinion of June 2, 2000, is
amended, as follows:

 
 At page four, the second full paragraph,
 beginning in line twenty, delete 

 , absent a showing of excusable neglect,

 

 Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

Filed on August 7, 2000